## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrew H. Donnon IV             CHAPTER 13

          Debtor(s)           BKY. NO. 18-18355 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PennyMac Loan Services, LLC and index same on the master mailing list.

                            Respectfully submitted,
                          **/s/ Rebecca A. Solarz Esquire**
                          Rebecca A Solarz, Esquire
                          Kevin G. McDonald, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322