
United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-18355-jkf
Andrew H Donnon, IV                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi         Page 1 of 2           Date Rcvd: Apr 29, 2020
                        Form ID: pdf900     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
```
db         +Andrew H Donnon, IV,    557 Haws Avenue 2nd Floor,    Norristown, PA 19401-4542
cr         +PENNYMAC LOAN SERVICES, LLC,    C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
             8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
14248943   +ACAR Leasing Ltd d/b/a GM Financial,    Po Box 181145,    Arlington, TX 76096-1145
14248946   +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14248947   +Barry M Miller,    54 East Penn Street,    Norristown, PA 19401-4809
14258160    Caliber Home Loans Inc.,    c/o Thomas Song, Esq.,    Phelan Hallinan Diamond & Jones, LLP,
             1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14261440    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14248952   +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
14248953   +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14248954    Genesis FS Card Services,    PO Box 84059,    Columbus, GA 31908-4059
14248956   +HP Roofing LLC,    1811 Pine Street,    Norristown, PA 19401-3041
14248958   +Jennifer Donnon,    119 Farview Avenue,    Norristown, PA 19403-1662
14248945   ++LCI,    PO BOX 1931,    BURLINGAME CA 94011-1931
             (address filed with court:   Antero Capital, LLC,    PO Box 1931,    Burlingame, CA 94011)
14248960   +Mandi Lange,    809 Hill Drive,    Douglassville, PA 19518-1021
14248962    PA SCDU,    PO Box 69110,    Harrisburg, PA 17106-9110
14331021   +PENNYMAC LOAN SERVICES, LLC,    P.O. Box 660929,    Dallas, TX 75266-0929
14330502   +Pennymac Loan Srvs LLC,    Powers Kirn LLC,    c/o Jill Manuel-Coughlin, Esquire,
             Attorney ID# 63252,    Eight Neshaminy Interplex, Suite 215,    Trevose, PA 19053-6980
14463833   +Pennymac Loan Srvs LLC,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14390408   +Ross, Quinn & Ploppert, P.C.,    192 S. Hanover Street, Suite 101,    Pottstown, PA 19464-6096
14248964   +TD Bank,    991 S. Township Line Rd,    Royersford, PA 19468-1823
14248966   +Waypoint Resource Grou,    301 Sundance Pkwy,    Round Rock, TX 78681-8004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Apr 30 2020 03:19:44     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 30 2020 03:19:21
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 30 2020 03:19:33     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14269424    E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2020 03:18:56     Ally Financial,
             PO Box 130424,    Roseville, MN 55113-0004
14248944   +E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2020 03:18:56     Ally Financial,
             200 Renaissance Center,    Detroit, MI 48243-1300
14248949    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2020 03:29:58     Capital One,
             15000 Capital One Dr,    Richmond, VA 23238
14248948   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 30 2020 03:19:56     Caliber Home Loans, Inc.,
             13801 Wireless Way,    Oklahoma City, OK 73134-2500
14257206    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 30 2020 03:29:58
             Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14248950   +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 30 2020 03:19:53
             Credit Collection Serv,    725 Canton St,    Norwood, MA 02062-2679
14248951   +E-mail/PDF: creditonebknotifications@resurgent.com Apr 30 2020 03:29:30     Credit One Bank,
             PO Box 98873,    Las Vegas, NV 89193-8873
14248955   +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 30 2020 03:19:05     Gm Financial,
             Po Box 181145,    Arlington, TX 76096-1145
14248957    E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 30 2020 03:19:30     Jefferson Capital Syst,
             16 Mcleland Rd,    Saint Cloud, MN 56303
14248959   +E-mail/Text: bncnotices@becket-lee.com Apr 30 2020 03:19:01     Kohls/capone,
             N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14248945    E-mail/Text: documentfiling@lciinc.com Apr 30 2020 03:18:57     Antero Capital, LLC,
             PO Box 1931,    Burlingame, CA 94011
14271539   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2020 03:19:23     Midland Funding LLC,
             PO Box 2011,    Warren, MI 48090-2011
14274974    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:29:02
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14248963    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:29:31
             Pinnacle Credit Services, LLC,    PO Box 10587,    Greenville, SC 29603-0587
14256267   +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 30 2020 03:19:30     Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14249343   +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:29:26     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14248965   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2020 03:29:30     Verizon,
             4515 North Santa Fe Aveneu,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 20
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2                  Date Rcvd: Apr 29, 2020
                              Form ID: pdf900             Total Noticed: 40

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14248961         Nichole Donnon
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                           TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
              HARRY B. REESE    on behalf of Creditor    CALIBER HOME LOANS, INC bankruptcy@powerskirn.com
              JEROME B. BLANK    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC
               bankruptcy@powerskirn.com
              JOSEPH L QUINN    on behalf of Debtor Andrew H Donnon, IV CourtNotices@rqplaw.com
              MARIO J. HANYON    on behalf of Creditor    CALIBER HOME LOANS, INC paeb@fedphe.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    CALIBER HOME LOANS, INC
               robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    CALIBER HOME LOANS, INC paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    ANDREW H DONNON IV<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 18-18355-JKF |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 29, 2020**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE